**Order filed November 17, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-14-00200-CR

————————

**MAX EDWARD WEBB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1399396**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit 1 (video).**

The exhibit clerk of the 248th District Court is directed to deliver to the Clerk of this court the original of Exhibit 1 (video), on or before **November 26, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit 1 (Video), to the clerk of the 248th District Court.


PER CURIAM